NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WELLMAN, INC.,**
*Plaintiff-Appellant,*

v.

**EASTMAN CHEMICAL COMPANY,**
*Defendant-Appellee.*

---

2010-1249

---

Appeal from the United States District Court for the District of Delaware in case no. 07-CV-0585, Judge Sue L. Robinson.

---

**ON MOTION**

---

## ORDER

Wellman, Inc. moves for an extension of time, until July 13, 2010, to file its reply brief, and for an extension of time, until July 20, 2010, to file a joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>JUL 0 7 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc: Denise S. Kraft, Esq.
Kenneth R. Adamo, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2010

**JAN HORBALY**
**CLERK**